Paul J. Ripp (*pro hac vice pending*)
 *pjr@willmont.com*
Eric R. Lifvendahl (*pro hac vice pending*)
 *erl@willmont.com*
**WILLIAMS MONTGOMERY & JOHN LTD.**
233 S. Wacker Drive, Suite 6100
Chicago, IL  60606
Telephone:  (312) 443-3200
Facsimile:  (312) 630-8500

Benjamin K. Riley, State Bar No. 112007
 *briley@bzbm.com*
Patrick M. Ryan, State Bar No. 203215
 *pryan@bzbm.com*
Simon R. Goodfellow, State Bar No. 246085
 *sgoodfellow@bzbm.com*
**BARTKO, ZANKEL, BUNZEL & MILLER**
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California  94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

*[Additional Attorneys Listed at End of Document]*

Attorneys for Plaintiff
FLEXTRONICS INTERNATIONAL USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| FLEXTRONICS INTERNATIONAL, USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG CHEM, LTD.; LG CHEM AMERICA, INC.; SAMSUNG SDI CO. LTD.; SAMSUNG SDI AMERICA INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SONY CORPORATION; SONY ENERGY DEVICES CORPORATION; SONY ELECTRONICS, INC.; GS YUASA CORPORATION; TOSHIBA CORPORATION; HITACHI MAXELL, LTD.; MAXELL CORPORATION OF AMERICA; NEC CORPORATION; and NEC TOKIN CORPORATION, <br><br> Defendants. | Case No.: 4:16-cv-04018 <br><br> **PLAINTIFF'S F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of California Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities other than the parties themselves have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of the proceeding.

Plaintiff Flextronics International USA, Inc. is not a publicly held corporation or publicly held entity. Flextronics International USA, Inc. is 100% held by Flextronics International Holding LLC which is 100% held by Flextronics Technologies Luxembourg S.a.r.l. (FKA Vista Point Technologies (Lux) S.a.r.l.) which is 100% owned by Flextronics International Ltd. Other than as referenced herein, no other publicly held corporation or other publicly held entity owns 10% of the stock of a party. No other publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

Pursuant to Civil Local Rule 3-15, the undersigned certifies as of this date, other than the named parties, there is no such interest to report.

DATED: July 15, 2016

> BARTKO, ZANKEL, BUNZEL & MILLER
> A Professional Law Corporation
>
> By: */s/ Patrick M. Ryan*
> PATRICK M. RYAN
> Attorneys for Plaintiff,
> FLEXTRONICS INTERNATIONAL USA, INC.

**Additional Attorneys Not Listed on Caption Page**

Charles E. Tompkins *(pro hac vice pending)*
*cet@willmont.com*
**WILLIAMS MONTGOMERY & JOHN LTD.**
1607 22nd St. NW, Suite 300
Washington, D.C. 20008
Telephone: (202) 986-2124