Craig P. Seebald (*pro hac vice*)
Jason A. Levine (*pro hac vice*)
Jeremy C. Keeney (*pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6585
Facsimile: (202) 879-8995
cseebald@velaw.com
jlevine@velaw.com
jkeeney@velaw.com

Matthew J. Jacobs (No. 171149)
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: 415.979.6900
Facsimile: 415.651.8786
mjacobs@velaw.com

*Counsel for Defendant Hitachi Maxell, Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>FLEXTRONICS INTERNATIONAL USA, INC.,<br>              Plaintiff,<br><br>    vs.<br><br>LG CHEM, LTD., et al.,<br>              Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Master File No. 4:13-md-02420-YGR<br>MDL No. 2420<br><br>Case No.: 4:16-cv-04018<br><br>**DEFENDANT HITACHI MAXELL, LTD.'S ANSWER TO FLEXTRONICS INTERNATIONAL USA, INC.'S AMENDED COMPLAINT** |

**DEFENDANT HITACHI MAXELL, LTD'S ANSWER AND AFFIRMATIVE DEFENSES TO FLEXTRONICS INTERNATIONAL USA, INC.'S AMENDED COMPLAINT**

Defendant Hitachi Maxell, Ltd. ("HML") respectfully submits its Answer and Affirmative Defenses in response to the Amended Complaint filed by Flextronics International USA, Inc. ("Flextronics"), as follows:[1]

## ANSWER

## I.   "INTRODUCTION"

1.     HML denies the allegations in Paragraph 1 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in a "conspiracy to fix, raise, stabilize, and maintain the prices of Lithium Ion Battery Cells" or that its actions harmed Flextronics.

2.     HML states that certain of the allegations in the first and third sentences of Paragraph 2 of the Amended Complaint consist of shorthand used by Flextronics for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.  HML states that the allegations in the remainder of Paragraph 2 consist of statements of technical expertise that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

3.     HML states that certain of the allegations in the first sentence of Paragraph 3 of the Amended Complaint consist of shorthand used by Flextronics for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.  HML otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 3, which consist of statements of technical expertise that are

---

[1]   Solely for the convenience of the Court, this Answer repeats the headings used in the Amended Complaint. HML does **not** thereby admit the contents of any heading.

best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

4.      HML states that certain of the allegations in the first sentence of Paragraph 4 of the Amended Complaint consist of shorthand used by Flextronics for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.  HML otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 4, which consist of statements of technical expertise and/or economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

5.      HML denies the allegations in Paragraph 5 of the Amended Complaint to the extent they state allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 5; to the extent that any answer is required, HML denies the allegations therein.

6.      HML denies the allegations in Paragraph 6 of the Amended Complaint to the extent they state allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 6; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it had "co-conspirators."

7.      HML denies the allegations in Paragraph 7 of the Amended Complaint to the extent that they state allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 7; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in a purported "conspiracy" or performed any act in furtherance of a "conspiracy."

8.      HML denies the allegations in Paragraph 8 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 8; to the extent that any

answer is required, HML denies the allegations therein. HML specifically denies that it engaged in a purported "conspiracy," had "co-conspirators," or attended any meetings in furtherance of a purported "conspiracy."

9.      HML states that a public record exists regarding the allegations in Paragraph 9 of the Amended Complaint. If accurately described from the public record, which HML lacks sufficient information to confirm or deny, the documents described in Paragraph 9 speak for themselves and no further response is required; to the extent that any further answer is required, HML denies the allegations therein.

10.      If accurately quoted and described, which HML lacks sufficient information to confirm or deny, the documents quoted in Paragraph 10 of the Amended Complaint speak for themselves and no further response is required; to the extent that any further answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 10; to the extent that any answer is required, HML denies the allegations therein. HML specifically denies that it had "co-conspirators" or shared improper information with competitors. HML specifically denies the allegations in the fourth bullet point of Paragraph 10.

11.      HML states that the allegations in Paragraph 11 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any answer is required, HML denies the allegations therein. HML specifically denies participating in any purported "combination and conspiracy."

12.      HML states that the allegations in Paragraph 12 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any answer is required, HML denies the allegations therein. HML specifically denies engaging in any "anticompetitive conduct." HML further specifically denies that Flextronics "paid inflated prices" or has suffered any "antitrust injury" as a result of HML's conduct.

13.     HML states that Paragraph 13 of the Amended Complaint describes Flextronics' own allegations, to which no response is required.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 13; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it had any "co-conspirators" or took any action that harmed Flextronics.

## II.     "INTRADISTRICT ASSIGNMENT"

14.     HML states that the allegations in Paragraph 14 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

## III.     "JURISDICTION AND VENUE"

15.     HML states that the allegations in Paragraph 15 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any answer is required, HML denies the allegations therein.

16.     HML states that the allegations in Paragraph 16 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any answer is required, HML denies the allegations therein.

17.     HML states that the allegations in Paragraph 17 of the Amended Complaint consist of legal arguments and conclusions to which no response is required.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 17; to the extent that any answer is required, HML denies the allegations therein. HML specifically denies that it had "co-conspirators" or that its acts resulted in any "anticompetitive effect."

18.     HML states that the allegations in Paragraph 18 of the Amended Complaint consist of legal arguments and conclusions to which no response is required.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 18; to the extent that any answer is required, HML denies the allegations therein.

HML specifically denies that it had any "co-conspirators," or that it manufactured or fixed the prices of Lithium Ion Batteries.

19.   HML states that the allegations in Paragraph 19 of the Amended Complaint consist of legal arguments and conclusions to which no response is required.   HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 18; to the extent that any answer is required, HML denies the allegations therein. HML specifically denies that it had any "co-conspirators."

## IV.   "PARTIES"

### A.   "Plaintiffs"

20.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

21.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

22.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.   HML specifically denies it participated in a conspiracy, it had "co-conspirators," and that Flextronics suffered any injury as a result of HML's conduct.

23.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 23 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.   HML specifically denies that it had any "co-conspirators."

24.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 24 of the Amended Complaint; to the extent that any answer is

1   required, HML denies the allegations therein.  HML specifically denies that it had any "co-
2   conspirators."

3   **B.      "Defendants"**

4   25.      HML denies the allegations in Paragraph 25 of the Amended Complaint to the
5   extent they state allegations against HML, and lacks knowledge or information sufficient to form
6   a belief as to the truth of the remaining allegations in Paragraph 25; to the extent that any answer
7   is required, HML denies the allegations therein.  HML specifically denies that it had any "co-
8   conspirators."

9         **1.      "LG Defendants"**

10   26.      HML lacks knowledge or information sufficient to form a belief as to the truth of
11   the allegations of Paragraph 26 of the Amended Complaint; to the extent that any answer is
12   required, HML denies the allegations therein.

13   27.      HML lacks knowledge or information sufficient to form a belief as to the truth of
14   the allegations of Paragraph 27 of the Amended Complaint; to the extent that any answer is
15   required, HML denies the allegations therein.

16   28.      HML states that the allegations in Paragraph 28 of the Amended Complaint
17   consist of shorthand used by Flextronics for its convenience and do not require an answer; to the
18   extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or
19   information sufficient to form a belief as to the truth of the allegations of the second sentence of
20   Paragraph 28 of the Amended Complaint; to the extent that any answer is required, HML denies
21   the allegations therein.

22         **2.      "Samsung Defendants"**

23   29.      HML lacks knowledge or information sufficient to form a belief as to the truth of
24   the allegations of Paragraph 29 of the Amended Complaint; to the extent that any answer is
25   required, HML denies the allegations therein.

26
27
28

30.      HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 30 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

31.      HML states that the allegations in Paragraph 31 of the Amended Complaint consist of shorthand used by Flextronics for its convenience and do not require an answer; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of the second sentence of Paragraph 31 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

### 3.      "Panasonic Defendants"

32.      HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 32 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein

33.      HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 33 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

34.      HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 34 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

35.      HML states that the allegations in Paragraph 35 of the Amended Complaint consist of shorthand used by Flextronics for its convenience and do not require an answer.  HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of the second sentence of Paragraph 35 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

4.   **"Sanyo Defendants"**

36.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

37.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 37 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

38.   HML states that the allegations in Paragraph 38 of the Amended Complaint consist of shorthand used by Flextronics for its convenience and do not require an answer.  HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of the second sentence of Paragraph 38 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

5.   **"Sony Defendants"**

39.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 39 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

40.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 40 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

41.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 41 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

42.   HML states that the allegations in Paragraph 42 of the Amended Complaint consist of shorthand used by Flextronics for its convenience and do not require an answer.  HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of the

second sentence of Paragraph 42 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

### 6.   "GS Yuasa Defendant"

43.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 43 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

44.   HML states that the allegations in Paragraph 44 of the Amended Complaint consist of shorthand used by Flextronics for its convenience and do not require an answer; to the extent that any answer is required, HML denies the allegations therein.

### 7.   "Toshiba Defendants"

45.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 45 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

46.   HML states that the allegations in Paragraph 46 of the Amended Complaint consist of shorthand used by Flextronics for its convenience and do not require an answer; to the extent that any answer is required, HML denies the allegations therein.

### 8.   "The Hitachi Maxell Defendants"

47.   HML denies the allegations in the first sentence of Paragraph 47 of the Amended Complaint and avers that HML's address is 2-16-2, Konan, Minato-ku, Tokyo, 108-8248, Japan. HML admits the allegations in the second sentence of Paragraph 47, but denies that Hitachi Maxell, Ltd. is currently a wholly-owned subsidiary of Hitachi, Ltd. HML further states that, in its October 2, 2014 Omnibus Order Re: Motions to Dismiss the Second Consolidated Amended Complaints [Dkt. 512, at 50-51], this Court excluded all alleged purchases from non-parties Hitachi, Ltd. and Hitachi America, Ltd. As such, Flextronics' inclusion of allegations concerning those non-party entities in the second, third, and fourth sentences of Paragraph 47 is improper; to the extent a response is required, HML denies the allegations therein.  HML denies the allegation

in the fifth sentence of Paragraph 47 but avers that, on January 1, 2013, Hitachi Maxell Energy, Ltd. merged into Hitachi Maxell, Ltd.    HML admits the allegation in the last sentence of Paragraph 47 that it manufactured Lithium Ion Batteries that were sold in the United States by Maxell Corporation of America, and HML denies the remaining allegations of Paragraph 47.

48.    HML admits the allegations in the first sentence of Paragraph 48 of the Amended Complaint.  HML admits the allegation in the second sentence of Paragraph 48 that Maxell Corporation of America is a wholly-owned subsidiary of HML, but denies the allegation that Maxell Corporation of America is "an indirect wholly-owned subsidiary of Hitachi, Ltd." HML admits the allegation in the last sentence of Paragraph 48 that Maxell Corporation of America sold Lithium Ion Batteries, and denies the remaining allegations in Paragraph 48.

49.    HML states that the allegations in Paragraph 49 of the Amended Complaint consist of shorthand used by Flextronics for its convenience and do not require an answer; to the extent that any answer is required, HML denies the allegations therein.  HML objects to Flextronics' shorthand to the extent it conflates and confuses two separate and distinct corporate entities.

### 9.    "The NEC Defendants"

50.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 50 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

51.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 51 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

52.    HML states that the allegations in Paragraph 52 of the Amended Complaint consist of shorthand used by Flextronics for its convenience and do not require an answer; to the extent that any answer is required, HML denies the allegations therein.

## V.   "AGENTS AND CO-CONSPIRATORS"

53.    HML denies the allegations in Paragraph 53 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 53; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it had any "co-conspirators."

54.    HML denies the allegations in Paragraph 54 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 54; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it had any "co-conspirators."  HML objects to the allegations in Paragraph 54 to the extent they conflate and confuse separate and distinct corporate entities.

55.    HML denies the allegations in Paragraph 55 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 55; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that either HML or Hitachi, Ltd. "participated as [a] co-conspirator[]."  HML avers that Hitachi, Ltd. is not a defendant in this litigation.

56.    HML admits the allegation in the first sentence of Paragraph 56 of the Amended Complaint that Hitachi, Ltd. is a Japanese company with its principal place of business at 6-6, Marunouchi 1-chome, Chiyoda-ku, Tokyo 100-8280 Japan.  HML denies the remaining allegations. HML specifically denies that either HML or Hitachi, Ltd. "participated in the conspiracy." HML further avers that Hitachi, Ltd. is not a defendant in this litigation.

57.    HML states that the allegations in Paragraph 57 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that

any answer is required, HML denies the allegations therein.  HML further specifically denies that it participated in any purported "conspiracy."

58.     HML states that the first sentence of Paragraph 58 of the Amended Complaint describes Flextronics' own allegations, to which no response is required; to the extent that any answer is required, HML denies the allegations therein.  HML further denies the allegations in the first two sentences of Paragraph 58 to the extent they state allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 58; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in any "conspiratorial acts," as alleged in Paragraph 58.  HML objects to the allegations in Paragraph 58 to the extent they conflate and confuse separate and distinct corporate entities.

59.     HML denies the allegations in Paragraph 59 of the Amended Complaint to the extent that they state allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 59; to the extent that any answer is required, HML denies the allegations therein.

60.     HML denies the allegations in Paragraph 60 of the Amended Complaint to the extent that they state allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 60; to the extent that any answer is required, HML denies the allegations therein.  HML states that none of its personnel are identified in Paragraph 60.

61.     HML denies the allegations in Paragraph 61 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 61; to the extent that any answer is required, HML denies the allegations therein.

62.     HML denies the allegations in the first sentence of Paragraph 62 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or

CASE NO. 4:13-MD-02420 (YGR)

information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 62; to the extent that any answer is required, HML denies the allegations therein.   HML specifically denies that it had "co-conspirators."

## VI.   "TRADE AND COMMERCE"

### A.   "General Allegations"

63.   HML denies the allegations in Paragraph 63 of the Amended Complaint to the extent they state allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 63; to the extent that any answer is required, HML denies the allegations therein.   HML further specifically denies that it participated in any purported conspiracy.

64.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 64 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.   HML states that the allegations in the second sentence of Paragraph 64 consist of legal argument to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

65.   HML denies the allegations in of Paragraph 65 of the Amended Complaint to the extent they state allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 65; to the extent that any answer is required, HML denies the allegations therein.

66.   HML admits the allegations in the first two sentences of Paragraph 66 of the Amended Complaint to the extent they allege that Hitachi Maxell, Ltd. maintained a sales and marketing subsidiary in the United States that was incorporated, located, and headquartered in the United States, and HML denies the remaining allegations therein.   HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 66; to the extent that any answer is required, HML denies the allegations therein.   HML specifically denies that it had any "co-conspirators."

67.     HML states that the allegations in Paragraph 67 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it had any "co-conspirators."

68.     HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 of the Amended Complaint, which consist of statements of economic theory that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.  HML further states that the third sentence of Paragraph 68 contains legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it enaged in "wrongful conduct."

69.     HML states that the allegations in Paragraph 69 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that its actions harmed Flextronics.

70.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that its actions harmed Flextronics.

71.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

72.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

73.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

74.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

75.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

76.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

77.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any purported "conspiracy."

78.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any purported "conspiracy."

79.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any purported "conspiracy."

80.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 of the Amended Complaint; to the extent any answer is required,

HML denies the allegations therein.  HML specifically denies that it had "co-conspirators" or "specifically targeted" Flextronics.

81.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any "conspiratorial distortion of market prices" or that its actions harmed Flextronics.

82.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it "artificially inflated" price terms or participated in any "conspiracy," or that its actions harmed Flextronics.

83.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

84.      HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any purported "conspiracy" or that its actions harmed Flextronics.

85.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that is actions distorted "U.S. market forces."

86.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that its actions harmed Flextronics.

87.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any purported "distortion of market forces" or that its actions harmed Flextronics.

## VII.   "FACTUAL ALLEGATIONS UNDERLYING UNLAWFUL CONSPIRACY"

### A.     "Lithium Ion Batteries"

#### 1.     Composition and characteristics of Lithium Ion Battery Cells

88.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

#### 2.     "Packing Lithium Ion Batteries"

89.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 of the Amended Complaint, which consist of statements of technical expertise and economic theory that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

90.     HML admits the allegations in Paragraph 90 of the Amended Complaint to the extent they state that HML buys Lithium Ion Batteries from its own affiliates.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 90; to the extent that any answer is required, HML denies the allegations therein.

91.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 91 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

92.     HML denies the allegations of Paragraph 92 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to

form a belief as to the truth of the remaining allegations; to the extent that any answer is required, HML denies the allegations therein.

### 3.   "The Packing Business and the Relationship Between Defendants and the Battery Packers"

93.   HML denies the allegations in Paragraph 93 of the Amended Complaint to the extent they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 93; to the extent that any answer is required, HML denies the allegations therein.

94.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it had "co-conspirators."

95.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

96.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

97.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

### 4.   "Nature of the Claims Asserted As It Pertains to Particular Types of Lithium Ion Batteries"

98.   HML lacks sufficient knowledge or information to form a belief about the truth of the allegations in the first and second sentences of Paragraph 98 of the Amended Complaint, which consist of statements of economic theory that are best suited to an expert opinion; to the extent an answer is required, HML denies the allegations therein. HML denies the allegations in

the third and fourth sentences of Paragraph 98 to the extent they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in any purported "conspiracy" to "price fix" or that it had any purported "co-conspirators."

### 5. "Lithium Ion Batteries are commodity products"

99.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 99 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.  HML further states that the remaining allegations in Paragraph 99 of the Amended Complaint describe Flextronics' own allegations, to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

100.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in the second sentence of Paragraph 100 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 100 of the Amended Complaint, which consist of statements of technical expertise and/or economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

101.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101 of the Amended Complaint, which consist of statements of technical expertise and/ or economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

## B. "Defendants Colluded to Keep the Price of Lithium Ion Batteries Elevated During the Class Period"

102.    HML denies the allegations in Paragraph 102 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 102; to the extent that any answer is required, HML denies the allegations therein.   HML specifically denies that it participated in any purported "conspiracy to fix, raise, stabilize, and maintain the price of Lithium Ion Batteries throughout the Relevant Period" or in any other purportedly conspiratorial conduct described in Paragraph 102.

### 1. "The Korean Defendants' entry into the market undermined Japanese dominance and threatened to cause prices to fall"

103.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

104.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

105.    HML denies the allegations in Paragraph 105 of the Amended Complaint to the extent they state allegations against HML.   HML specifically denies that it participated in any purported conspiracy to "fix, raise, stabilize, and maintain prices" or that it attended any "illicit meetings" or had any ilicit "communications."

106.    HML denies the allegations in Paragraph 106 of the Amended Complaint to the extent they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 106; to the extent that any answer is required, HML denies the allegations therein.   HML specifically denies that it had "co-conspirators."   HML further specifically denies the allegations in paragraph 106 that Mr. Kakbon

- 20 -

Kakumoto and Mr. Taekjong Sawai participated in any improper meetings or communications in furtherance of any purported "conspiracy."

> **2.** **"Defendants engaged in collusive communications regarding supply, customer information, and market movements"**

107.    HML denies the allegations in Paragraph 107 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 107; to the extent an answer is required, HML denies the allegations therein.  HML specifically denies engaging in any purported "collusion."

108.    HML denies the allegations in the first sentence of Paragraph 108 of the Amended Complaint to the extent they state allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 108; to the extent any answer is required, HML denies the allegations therein.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the last sentence of Paragraph 108, which consist of statements of economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies engaging in any purported "collusion."

109.    HML denies the allegations in Paragraph 109 of the Amended Complaint to the extent they state allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 109; to the extent any answer is required, HML denies the allegations therein. HML specifically denies that it participated in any "collusive meetings" or any purported conspiracy.

110.    HML denies the allegations in Paragraph 110 of the Amended Complaint to the extent they state allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 110; to the extent any

answer is required, HML denies the allegations therein.  HML specifically denies that it ever "explicitly sought mutual cooperation" or participated in any purported conspiracy.

111.   HML denies the allegations in Paragraph 111 of the Amended Complaint to the extent they state allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 111; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it ever engaged in meetings in furtherance of any purported conspiracy.

112.   HML denies the allegations in the first sentence of Paragraph 112 of the Amended Complaint to the extent that it raises allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 112; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any "conspiratorial behavior" or participated in meetings in furtherance of any purported conspiracy.

### 3.   "Defendants and co-conspirators engaged in collusive meetings throughout the Relevant Period"

113.   HML denies the allegations in the first sentence of Paragraph 113 of the Amended Complaint to the extent they state allegations against HML, and HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 113; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it had "co-conspirators" or engaged in any purported "collusive conduct."

114.   HML denies the allegations in Paragraph 114 of the Amended Complaint to the extent that they state allegations against HML.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 114; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that Mr. Fukabori, Mr. Horike, Mr. Hanada, and/or Mr. Akagwa participated in any meetings or exchanged any information in furtherance of any purported "conspiracy."

115.    HML denies the allegations in the first sentence of Paragraph 115 of the Amended Complaint to the extent that they state allegations against HML.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 115; to the extent that any answer is required, HML denies the allegations therein. HML specifically denies that it engaged in any "collusion with respect to Lithium Ion Batteries."

116.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 116 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein.  HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 116; to the extent any answer is required, HML denies the allegations therein.

117.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

118.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 118 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein.  HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 118; to the extent any answer is required, HML denies the allegations therein.

119.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

120.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

121.     If accurately described and quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 121 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein.  HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 121; to the extent any answer is required, HML denies the allegations therein.

122.     HML denies the allegations in the first sentence of Paragraph 122 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 122; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies attending meetings in furtherance of any purported conspiracy, or agreeing to "refrain from extending [its] existing capacity."

123.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

124.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it had any "co-conspirators."

125.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies attending meetings in furtherance of any purported conspiracy.

126.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

127.     HML denies the allegations in the first sentence of Paragraph 127 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 127; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in any "collusive meetings."

128.     HML denies the allegations in Paragraph 128 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 128; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it had "co-conspirators" or engaged in any purported "conspiracy."

4.     "Contemporaneous meeting reports confirm Defendants' conspiracy to fix the prices of Lithium Ion Batteries"

129.     HML denies the allegations in Paragraph 129 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 129; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it had "co-conspirators" or engaged in any purported "conspiracy."

130.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 130 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 130; to the extent any answer is required, HML denies the allegations therein.

131.     HML denies the allegations in Paragraph 131 of the Amended Complaint to the extent they state allegations against HML.  HML further states that, if accurately quoted, the document quoted in Paragraph 131 speaks for itself and no further answer is required; to the

extent an answer is required, HML denies the allegations therein.  HML lacks information or knowledge sufficient to form a belief as to the truth of the underlying allegations in Paragraph 131; to the extent any response is required, HML denies the allegations therein.  HML specifically denies that it had "co-conspirators" or that it agreed to "fix the price of Lithium Ion Batteries."

132.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

133.    HML denies the allegations in the first sentence of Paragraph 133 of the Amended Complaint to the extent that they state allegations against HML.  If accurately quoted, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 133 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 133; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it ever improperly viewed the other Defendants as "collaborators."

134.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 134 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 134; to the extent any answer is required, HML denies the allegations therein.

135.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 135 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

underlying allegations in Paragraph 135; to the extent any answer is required, HML denies the allegations therein. HML specifically denies that it had "co-conspirators" or that it shared improper information with competitors.

136. HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

137. If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 137 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 137; to the extent that any answer is required, HML denies the allegations therein. HML denies the allegations in the last sentence of Paragraph 137 to the extent that they state allegations against HML. HML specifically denies engaging in any purported "collusion."

138. HML denies the allegations in the first sentence of Paragraph 138 of the Amended Complaint to the extent that they state allegations against HML. If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 138 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 138; to the extent that any answer is required, HML denies the allegations therein. HML specifically denies entering into any purported "agreement not to compete for business."

139. If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 139 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

underlying allegations in Paragraph 139; to the extent any answer is required, HML denies the allegations therein.

140.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 140 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 140; to the extent any answer is required, HML denies the allegations therein.

141.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 141 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 141; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that its management played "an active role in facilitating" the purported conspiracy.

142.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 142 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 142; to the extent any answer is required, HML denies the allegations therein.

143.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 143 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

underlying allegations in Paragraph 143; to the extent any answer is required, HML denies the allegations therein.

144.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.   HML specifically denies that it had "co-conspirators" or attended any improper meetings with competitors.

**5.    "Defendants provided pretextual justifications for coordinated price increases."**

145.    HML denies the allegations in the third and fourth sentences of Paragraph 145 of the Amended Complaint to the extent that they state allegations against HML.   HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 145; to the extent that any answer is required, HML denies the allegations therein. HML specifically denies that it exchanged improper information or agreed on a pricing formula with competitors.

146.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

147.    HML denies the allegations in Paragraph 147 of the Amended Complaint to the extent that they state allegations against HML.   HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 147; to the extent that any answer is required, HML denies the allegations therein.   HML specifically denies that it had or agreed to "secret codes" or a "price-fixing plan."

148.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 148 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

1   underlying allegations in Paragraph 148; to the extent any answer is required, HML denies the

2   allegations therein.

3     149. If accurately quoted, which HML lacks sufficient information to confirm or deny,

4   the document quoted in Paragraph 149 of the Amended Complaint speaks for itself and no

5   further answer is required; to the extent an answer is required, HML denies the allegations

6   therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

7   underlying allegations in Paragraph 149; to the extent any answer is required, HML denies the

8   allegations therein.

9     150. If accurately quoted, which HML lacks sufficient information to confirm or deny,

10  the document quoted in Paragraph 150 of the Amended Complaint speaks for itself and no

11  further answer is required; to the extent an answer is required, HML denies the allegations

12  therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

13  underlying allegations in Paragraph 150; to the extent any answer is required, HML denies the

14  allegations therein.

15    151. If accurately quoted, which HML lacks sufficient information to confirm or deny,

16  the document quoted in Paragraph 151 of the Amended Complaint speaks for itself and no

17  further answer is required; to the extent an answer is required, HML denies the allegations

18  therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

19  underlying allegations in Paragraph 151; to the extent any answer is required, HML denies the

20  allegations therein.

21    152. If accurately quoted, which HML lacks sufficient information to confirm or deny,

22  the document quoted in Paragraph 152 of the Amended Complaint speaks for itself and no

23  further answer is required; to the extent an answer is required, HML denies the allegations

24  therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

25  underlying allegations in Paragraph 152; to the extent any answer is required, HML denies the

26

27

28

1    allegations therein.  HML specifically denies that it had or agreed to a "price-setting plan," or

2    that HML exchanged improper information with competitors.

3        153.    If accurately quoted, which HML lacks sufficient information to confirm or deny,

4    the document quoted in Paragraph 153 of the Amended Complaint speaks for itself and no

5    further answer is required; to the extent an answer is required, HML denies the allegations

6    therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

7    underlying allegations in Paragraph 153; to the extent any answer is required, HML denies the

8    allegations therein.  HML specifically denies that it had "co-conspirators."

9        154.    HML denies the allegations in the last sentence of Paragraph 154 of the Amended

10   Complaint to the extent that they state allegations against HML.  HML lacks knowledge or

11   information sufficient to form a belief as to the truth of the remaining allegations in Paragraph

12   154; to the extent that any answer is required, HML denies the allegations therein.

13       155.    HML denies the allegations in Paragraph 155 of the Amended Complaint to the

14   extent that they state allegations against HML.  HML further states that, if accurately quoted,

15   which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph

16   155 speaks for itself and no further answer is required; to the extent an answer is required, HML

17   denies the allegations therein.  HML lacks sufficient knowledge or information to form a belief

18   as to the truth of the underlying allegations in Paragraph 155; to the extent any answer is

19   required, HML denies the allegations therein.   HML specifically denies that it made any

20   "anticompetitive agreements" or exchanged improper information with compeittors.

21       156.    If accurately quoted, which HML lacks sufficient information to confirm or deny,

22   the document quoted in Paragraph 156 of the Amended Complaint speaks for itself and no

23   further answer is required; to the extent an answer is required, HML denies the allegations

24   therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

25   underlying allegations in Paragraph 156; to the extent any answer is required, HML denies the

26   allegations therein.

27

28

157.    HML denies the allegations in Paragraph 157 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 157; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it had "co-conspirators," "agreed to implement specific battery price increases," or exchanged any improper information with competitors.

158.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

159.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 159 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 159; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies any participation in any "plan" involving price increases and the price of cobalt, as alleged in Paragraph 159.

160.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 160 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 160; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it had or improperly communicated any "intention to raise prices."

161.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 161 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations

therein.  HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 161; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies engaging in any "collusive communications."

162.    HML denies the allegations in the first sentence of Paragraph 162 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 162; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies signing onto a plan to increase prices.

163.    HML denies the allegations in Paragraph 163 of the Amended Complaint to the extent they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 163; to the extent that any answer is required, HML denies the allegations therein.

164.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 164 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein.  HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 164; to the extent any answer is required, HML denies the allegations therein.

165.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 165 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 165; to the extent any answer is required, HML denies the allegations therein.

166.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 166 of the Amended Complaint speaks for itself and no

further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 166; to the extent any answer is required, HML denies the allegations therein. HML specifically denies that it set a "collusive price."

167. HML denies the allegations in the first sentence of Paragraph 167 of the Amended Complaint to the extent that they state allegations against HML. HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 167; to the extent that any answer is required, HML denies the allegations therein. HML specifically denies that it sold Lithium Ion Batteries at "inflated prices" or that it agreed to a "pricing formula" with competitors.

**6.      "Notwithstanding the worldwide economic downturn in late 2008, Defendants continued to manipulate Lithium Ion Battery prices"**

168. HML denies the allegations in Paragraph 168 of the Amended Complaint to the extent that they state allegations against HML. HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 168; to the extent that any answer is required, HML denies the allegations therein. HML specifically denies that it had "co-conspirators" or engaged in any "collusive efforts."

169. If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 169 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 169; to the extent any answer is required, HML denies the allegations therein.

170. HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

171.    HML denies the allegations in the first sentence of Paragraph 171 of the Amended Complaint to the extent that they state allegations against HML.  If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 171 speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 171; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it enaged in any purported "conspiracy to fix the prices of Lithium Ion Batteries."

172.    If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 172 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 172; to the extent that any answer is required, HML denies the allegations therein.

173.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 173 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 173; to the extent that any answer is required, HML denies the allegations therein.

174.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 174 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 174; to the extent that any answer is required, HML denies the allegations therein.

175.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 175 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 175; to the extent that any answer is required, HML denies the allegations therein.

176.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 176 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 176; to the extent that any answer is required, HML denies the allegations therein.

177.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 177 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 177; to the extent that any answer is required, HML denies the allegations therein.

178.     HML admits that HML met with Motorola, an entity which is not a party to this case, in January 2010; HML denies the remaining allegations in Paragraph 178 of the Amended Complaint.    HML specifically denies that any party at the aforementioned meeting was a "competitor" of HML.

179.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

180.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

181.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 181 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 181; to the extent that any answer is required, HML denies the allegations therein.

182.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 182 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 182; to the extent that any answer is required, HML denies the allegations therein.

183.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 183 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 183; to the extent that any answer is required, HML denies the allegations therein.

184.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 184 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the

truth of the underlying allegations in Paragraph 184; to the extent that any answer is required, HML denies the allegations therein.

185. HML denies the allegations in the first sentence of Paragraph 185 of the Amended Complaint to the extent that they state allegations against HML. If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 185 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 185; to the extent any answer is required, HML denies the allegations therein. HML specifically denies engaging in any "illegal conduct."

186. HML states that the allegations in Paragraph 186 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

### C. "Defendants Sought to Further Implement Their Price-Fixing Conspiracy Through Sales of Lithium Ion Batteries Packs"

187. HML denies the allegations in Paragraph 187 of the Amended Complaint to the extent that they state allegations against HML. HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 187; to the extent that any answer is required, HML denies the allegations therein. HML specifically denies any collusion with or improper exchange of information with competitors.

188. If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 188 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. Further, HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

189.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 189 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  Further, HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 189 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

190.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 190 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 190; to the extent any answer is required, HML denies the allegations therein.

191.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 191 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  Further, HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 191 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

192.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 192 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 192; to the extent any answer is required, HML denies the allegations therein.

193.    HML denies the allegations in Paragraph 193 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient

to form a belief as to the truth of the remaining  allegations in Paragraph 193; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies improperly influencing third-party packers.

194.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

### D.   "The U.S. Subsidiary Defendants and Co-Conspirators Knew About the Conspiracy and Undertook Acts in Furtherance Thereof"

195.   HML denies the allegations in Paragraph 195 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 195; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it or any of its subsidiaries, including Maxell Corporation of America, engaged in any collusion with or any improper information exchanges with competitors.   HML objects to Flextronics' shorthand use of "U.S. Subsidiary Defendants" to the extent that it conflates and confuses several independent corporations.

### 1.   "LG Chem America, Inc."

196.   HML states that the allegations in Paragraph 196 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any answer is required, HML denies the allegations therein.

197.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 197 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 197; to the extent any answer is required, HML denies the allegations therein.

198.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 198 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 198; to the extent any answer is required, HML denies the allegations therein.

199.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

200.    If accurately described, which HML lacks sufficient information to confirm or deny, the document described in Paragraph 200 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein.  HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 200; to the extent any answer is required, HML denies the allegations therein.

201.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

202.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 202 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein.  HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 202; to the extent any answer is required, HML denies the allegations therein.

203.    If accurately described, which HML lacks sufficient information to confirm or deny, the documents described in Paragraph 203 of the Amended Complaint speak for

themselves and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 203; to the extent any answer is required, HML denies the allegations therein.

### 2. "Samsung SDI America"

204. HML states that the allegations in Paragraph 204 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any answer is required, HML denies the allegations therein.

205. HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

206. HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

207. HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 207 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

208. If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 208 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  Further, HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 208 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

209. HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

210.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

### 3.    "Panasonic NA"

211.    HML states that the allegations in Paragraph 211 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any answer is required, HML denies the allegations therein.

212.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 212 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein.  HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 212; to the extent any answer is required, HML denies the allegations therein.

213.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 213 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein.  HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 213; to the extent any answer is required, HML denies the allegations therein.

214.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 214 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein.  HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 214; to the extent any answer is required, HML denies the allegations therein.

215.    If accurately described, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 215 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 215; to the extent any answer is required, HML denies the allegations therein.

216.    If accurately described, which HML lacks sufficient information to confirm or deny, the document described in Paragraph 216 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 216; to the extent any answer is required, HML denies the allegations therein.

217.    If accurately described, which HML lacks sufficient information to confirm or deny, the document described in Paragraph 217 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 217; to the extent any answer is required, HML denies the allegations therein.

218.    If accurately described, which HML lacks sufficient information to confirm or deny, the document described in Paragraph 218 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein.  HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 218; to the extent any answer is required, HML denies the allegations therein.

219.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 219 of the Amended Complaint speaks for itself and no

further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 219; to the extent any answer is required, HML denies the allegations therein.

### 4.   "Sanyo North America Corporation"

220.   HML states that the allegations in Paragraph 220 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any answer is required, HML denies the allegations therein.

221.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 221 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 221; to the extent any answer is required, HML denies the allegations therein.

222.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 222 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

223.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 223 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 223; to the extent any answer is required, HML denies the allegations therein.

224.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 224 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations

therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 224; to the extent any answer is required, HML denies the allegations therein. HML specifically denies having any improper contacts with competitors.

225.   If accurately described, which HML lacks sufficient information to confirm or deny, the document described in Paragraph 225 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 225; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies any collusion with or improper exchange of information with competitors.

226.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 226 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

227.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

228.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 228 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 228; to the extent any answer is required, HML denies the allegations therein.

### 5.   "Sony Electronics, Inc."

229.   HML states that the allegations in Paragraph 229 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any answer is required, HML denies the allegations therein.

230.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 230 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 230; to the extent any answer is required, HML denies the allegations therein.

231.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 231 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 231; to the extent any answer is required, HML denies the allegations therein.

232.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

233.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 233 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 233; to the extent any answer is required, HML denies the allegations therein.

234.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 234 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

1  underlying allegations in Paragraph 234; to the extent any answer is required, HML denies the
2  allegations therein.

3      235.   HML lacks knowledge or information sufficient to form a belief as to the truth of
4  the allegations in Paragraph 235 of the Amended Complaint; to the extent that any answer is
5  required, HML denies the allegations therein.

6      236.   HML lacks knowledge or information sufficient to form a belief as to the truth of
7  the allegations in Paragraph 236 of the Amended Complaint; to the extent that any answer is
8  required, HML denies the allegations therein.

9          **6.    "Maxell Corporation of America"**

10     237.   HML states that the allegations in Paragraph 237 of the Amended Complaint
11  consist of legal arguments and conclusions to which no response is required; to the extent any
12  answer is required, HML denies the allegations therein.

13     238.   HML denies the allegations in Paragraph 238 of the Amended Complaint to the
14  extent that they state allegations against HML.  HML lacks knowledge or information sufficient
15  to form a belief as to the truth of the remaining allegations in Paragraph 238; to the extent that
16  any answer is required, HML denies the allegations therein.

17     239.   HML admits that HML met with Motorola, an entity which is not a party to this
18  case, in January 2010; HML denies the remaining allegations in Paragraph 239.   HML
19  specifically denies that any party at the aforementioned meeting was a "competitor" of HML.

20     **E.    "The Structure and Characteristics of the Lithium Ion Battery Market,**
21         **Together with Other Factors, Render the Conspiracy Economically**
        **Plausible"**

22     240.   HML denies the allegations in the Paragraph 240 of the Amended Complaint to
23  the extent that they state allegations against HML.  HML lacks knowledge or information
24  sufficient to form a belief as to the truth of the remaining allegations in Paragraph 240, which
25  consist of statements of economic theory that are best suited to an expert opinion; to the extent
26  any answer is required, HML denies the allegations therein.  HML specifically denies that it

27
28

engaged in any purported "conspiracy to fix, raise, stabilize, and maintain the price of Lithium Ion Batteries."

241.    HML states that the allegations in Paragraph 241 of the Amended Complaint consist of statements of economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

### 1.    "The Lithium Ion Batteries market has high barriers to entry"

242.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 242 of the Amended Complaint, which consist of statements of economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

243.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243 of the Amended Complaint, which consist of statements of economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

244.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 244 of the Amended Complaint, which consist of statements of economic theory that are best suited to an expert opinion, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 244; to the extent that any answer is required, HML denies the allegations therein.

245.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245 of the Amended Complaint; to the extent that any answer is required, HML denies the allegations therein.

246.    HML admits the allegations in the first sentence of Paragraph 246 of the Amended Complaint that Defendants collectively own multiple patents for lithium ion battery cell technology.  HML lacks knowledge or information sufficient to form a belief as to the truth

of the allegations in the second sentence of Paragraph 246 of the Amended Complaint, which consist of statements of economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

2.    **"The market for Lithium Ion Batteries is concentrated"**

247.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247 of the Amended Complaint, which consist of statements of economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

3.    **"Government investigators are targeting certain Defendants in connection with fixing the price of rechargeable batteries."**

248.    HML denies the allegations in Paragraph 248 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 248; to the extent any answer is required, HML denies the allegations therein.

249.    HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 249; to the extent an answer is required, HML denies the allegations therein.

250.    HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 250; to the extent an answer is required, HML denies the allegations therein.

251.    HML denies the allegations in the first sentence of Paragraph 251 of the Amended Complaint.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 251; to the extent an answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any purported "anticompetitive behavior."

252.    HML denies the first and third sentences of Paragraph 252 of the Amended Complaint.  If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in the remainder of Paragraph 252 speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML denies the allegations in the last sentence of Paragraph 252.

253.    HML states that a public record exists regarding the allegations in the second sentence of Paragraph 253 of the Amended Complaint.  If accurately described from the public record, which HML lacks sufficient information to confirm or deny, the quoted language in Paragraph 253 speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.

254.    HML states that a public record exists regarding the allegations in the second sentence of Paragraph 254 of the Amended Complaint.  If accurately described from the public record, which HML lacks sufficient information to confirm or deny, the quoted language in Paragraph 254 speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.

**4.    "Trade associations and other common forums facilitated Defendants' collusion."**

255.    HML admits the allegations in Paragraph 255 of the Amended Complaint that HML is a member of several battery trade associations.  HML denies the remaining allegations in Paragraph 255 to the extent they state allegations that involve HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining underlying allegations in Paragraph 255; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it had "co-conspirators" or that it engaged in any "conspiratorial conduct."

256.    HML admits the allegations in the first sentence of Paragraph 256 of the Amended Complaint that HML is a member of the Battery Association of Japan.  HML lacks

sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 256; to the extent any answer is required, HML denies the allegations therein.

257.   HML denies the allegations in the first sentence of Paragraph 257 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it had "co-conspirators" or was involved in any "collusive price increases."

258.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 258 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 258; to the extent any answer is required, HML denies the allegations therein.  HML specificially denies that that it used "trade associations to cooperate with [competitors] and inhibit other entrants into the Lithium Ion Battery market."

259.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 259 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 259; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it had "co-conspirators" or "used the trade associations" to advance any purported "conspiracy."

## VIII.   "ANTITRUST INJURY"

260.   HML states that the allegations in Paragraph 260 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any purported "conspiracy."

261.    HML states that the allegations in Paragraph 261 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in "illegal conduct, combination, or conspiracy" or that its actions harmed Flextronics.

## IX.   "FRAUDULENT CONCEALMENT"

262.    HML denies the allegations in Paragraph 262 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations; to the extent that any answer is required, HML denies the allegations therein.

263.    HML denies the allegations in Paragraph 263 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any purported "conspiracy."

264.    HML denies the allegations in Paragraph 264 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any purported "conspiratorial conduct."

265.    HML denies the allegations in the first sentence of Paragraph 265 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge of information sufficient to form a belief as to the truth of the remaining allegations.  If accurately quoted, which HML lacks sufficient information to confirm or deny, the documents quoted in Paragraph 265 speak for themselves and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 265; to the extent any

1   answer is required, HML denies the allegations therein.  HML specifically denies that it made

2   any "misleading public comments" related to the "market for Lithium Ion Batteries."

3       266.    HML denies the allegations in Paragraph 266 of the Amended Complaint to the

4   extent that they state allegations against HML, and lacks knowledge of information sufficient to

5   form a belief as to the truth of the remaining allegations.  If accurately described, which HML

6   lacks sufficient information to confirm or deny, the documents described in Paragraph 266 speak

7   for themselves and no further answer is required; to the extent an answer is required, HML

8   denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as

9   to the truth of the underlying allegations in Paragraph 266; to the extent any answer is required,

10  HML denies the allegations therein.  HML specifically denies that it engaged in any purported

11  "illegal activities," entered into any purported "illegal price agreements," or "actively concealed"

12  the same.

13      267.    If accurately described, which HML lacks sufficient information to confirm or

14  deny, the document described in Paragraph 267 of the Amended Complaint speaks for itself and

15  no further answer is required; to the extent an answer is required, HML denies the allegations

16  therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

17  underlying allegations in Paragraph 267; to the extent any answer is required, HML denies the

18  allegations therein.  HML specifically denies that it participated any purported "conspiracy" or

19  took steps to conceal any purported "conspiracy."

20      268.    If accurately quoted, which HML lacks sufficient information to confirm or deny,

21  the document quoted in Paragraph 268 of the Amended Complaint speaks for itself and no

22  further answer is required; to the extent an answer is required, HML denies the allegations

23  therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

24  underlying allegations in Paragraph 268; to the extent any answer is required, HML denies the

25  allegations therein.  HML specifically denies that it undertook to "conceal its actions," as alleged

26  in Paragraph 268.

27

28

269.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 269 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 269; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any "conspiratorial conversations and meetings."

270.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 270 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 270; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it concealed its conduct as alleged in Paragraph 270.

271.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 271 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the underlying allegations in Paragraph 271; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies the allegations in the first sentence of Paragraph 271.

272.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 272 of the Amended Complaint speaks for itself and no further answer is required; to the extent an answer is required, HML denies the allegations therein. HML lacks sufficient knowledge or information to form a belief as to the truth of the

underlying allegations in Paragraph 272; to the extent any answer is required, HML denies the allegations therein.

273.    HML denies the allegations in Paragraph 273 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge of information sufficient to form a belief as to the truth of the remaining allegations.  HML specifically denies that it engaged in any purported "wrongdoing," tried to concel any purported "wrongdoing," or exchanged improper information with competitors.

274.    HML states that the allegations in Paragraph 274 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in an "anticompetitive conspiracy."

275.    HML denies the allegations in Paragraph 275 of the Amended Complaint that HML participated in a conspiracy and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations; to the extent that any answer is required, HML denies the allegations therein.

276.    HML states that Paragraph 276 of the Amended Complaint consists of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

277.    HML states that the allegations in Paragraph 277 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

**"COUNT I – CLAIM FOR VIOLATION OF 15 U.S.C. § 1"**

278.    HML incorporates by reference their responses to all of the preceding Paragraphs as if restated in full in response to Paragraph 278 of the Amended Complaint.

279.    HML denies the allegations in Paragraph 279 of the Amended Complaint.

280.    HML denies the allegations in Paragraph 280 of the Amended Complaint.

281.    HML denies the allegations in Paragraph 281 of the Amended Complaint.

282.    HML denies the allegations in Paragraph 282 of the Amended Complaint.

283.    HML states that the allegations in Paragraph 283 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any answer is required, HML denies the allegations therein.

284.    HML denies the allegations in Paragraph 284 of the Amended Complaint.

285.    HML denies the allegations in Paragraph 285 of the Amended Complaint.

286.    HML denies the allegations in Paragraph 286 of the Amended Complaint.

287.    HML denies the allegations in Paragraph 287 of the Amended Complaint.

288.    HML denies the allegations in Paragraph 288 of the Amended Complaint.

## "PRAYER FOR RELIEF"

HML denies that Flextronics has suffered any injury and further denies that Flextronics is entitled to any of the relief it seeks through the Amended Complaint, under any theory.

## "JURY TRIAL DEMANDED"

HML admits that Flextronics demanded a trial by jury of all claims asserted in this Amended Complaint that are so triable.

## AFFIRMATIVE DEFENSES OF MAXELL CORPORATION OF AMERICA

Unless otherwise specified, HML asserts the following affirmative defenses to Flextronics' entire Amended Complaint and each and every cause of action purportedly stated therein, including all claims and/or causes of action made under any applicable law.

## FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Flextronics' claims and prayer for relief against HML are barred, in whole or in part, because Flextronics conflates HML with other corporate entities including its affiliate, Maxell Corporation of America.

1

### THIRD AFFIRMATIVE DEFENSE

2

Flextronics' claims and prayer for relief against HML are barred, in whole or in part,

3

because Flextronics' alleged damages were caused by the conduct of parties other than HML.

4

### FOURTH AFFIRMATIVE DEFENSE

5

Flextronics' claims and prayer for relief against HML are barred, in whole or in part,

6

because Flextronics' alleged damages are speculative and impossible to ascertain and/or allocate.

7

### FIFTH AFFIRMATIVE DEFENSE

8

Flextronics' claims and prayer for relief against HML are barred, in whole or in part, by

9

Flextronics' failure to mitigate damages.

10

### SIXTH AFFIRMATIVE DEFENSE

11

Flextronics' claims and prayer for relief against HML are barred, in whole or in part, by

12

the pertinent statute of limitations.

13

### SEVENTH AFFIRMATIVE DEFENSE

14

Flextronics' claims and prayer for relief against HML are barred, in whole or in part, by

15

the doctrine of laches.

16

### EIGHTH AFFIRMATIVE DEFENSE

17

Flextronics' claims and prayer for relief against HML are barred, in whole or in part,

18

because Flextronics lacks standing.

19

### NINTH AFFIRMATIVE DEFENSE

20

Flextronics' claims and prayer for relief against HML are barred, in whole or in part,

21

because Flextronics failed to plead fraudulent concealment or conspiracy with sufficient

22

particularity.

23

### TENTH AFFIRMATIVE DEFENSE

24

Flextronics' claims and prayer for relief against HML are barred, in whole or in part,

25

because the alleged conduct was unilateral, has not unreasonably restrained trade, was based on

26

independent and legitimate business justifications, and constituted bona fide competition.

27

28

**ELEVENTH AFFIRMATIVE DEFENSE**

Flextronics' claims and prayer for relief against HML are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6(a).

**TWELFTH AFFIRMATIVE DEFENSE**

Flextronics' claims and prayer for relief against HML are barred to the extent that HML's alleged conduct occurred outside the jurisdiction of this Court and/or was neither directed to nor affected persons, entities, or commerce in California.

**THIRTEENTH AFFIRMATIVE DEFENSE**

HML avers that Flextronics' claims are barred, in whole or in part, to the extent that Flextronics seeks damages that are duplicative of damages sought in other actions.

HML has not knowingly or intentionally waived any applicable affirmative defenses and reserves the right to assert and rely on such other applicable affirmative defenses as may become available or apparent during discovery proceedings.  HML further reserves the right to amend its Answer and/or affirmative defenses accordingly, and/or to delete affirmative defenses that it determines are not applicable during the course of discovery.

**PRAYER FOR RELIEF**

Wherefore, HML respectfully requests that this Court:

A.      Deny Flextronics' requested relief against HML;

B.      Enter judgment in favor of HML and against Flextronics;

C.      Award HML its attorney's fees and costs; and

D.      Grant HML such other and further relief as the Court deems just and proper.

Dated: June 30, 2017

Respectfully submitted,

By: */s/ Craig P. Seebald*
Craig P. Seebald (*pro hac vice*)
Jason A. Levine (*pro hac vice*)
Jeremy C. Keeney (*pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037

1   Telephone: (202) 639-6585
Facsimile: (202) 879-8995
2   cseebald@velaw.com
jlevine@velaw.com
3   jkeeney@velaw.com

4   Matthew J. Jacobs (No. 171149)
5   VINSON & ELKINS LLP
555 Mission Street, Suite 2000
6   San Francisco, CA 94105
Telephone: 415.979.6900
7   Facsimile: 415.651.8786
mjacobs@velaw.com
8

9   *Counsel for Defendant*
*Hitachi Maxell, Ltd.*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HITACHI MAXELL, LTD.'S ANSWER TO FLEXTRONICS' AMENDED COMPLAINT
CASE NO. 4:13-MD-02420 (YGR)**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on June 30, 2017, the foregoing document DEFENDANT HITACHI MAXELL, LTD.'S ANSWER TO FLEXTRONICS' AMENDED COMPLAINT was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.

_/s/ Craig P. Seebald_
Craig P. Seebald